FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2010 JAN 14  A 11: 59

WILLIAM R. TINNERMAN,

    Plaintiff,

vs.                                  CASE NO.: 3:09-cv-652-MMH-HTS

UNITED STATES,

    Defendant.

_____/

## MEDIATOR'S REPORT

In accordance with the Court's referral of the above-entitled action to mediation pursuant to Rule 9, Local Rules, M.D.Fla., a mediation conference was held on January 12, 2010, and the results of that conference are indicated below:

(a) The following individual, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    _X_ All individual parties and their respective trial counsel.

    ____ Designated corporate representatives.

    ____ Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

(c)   The outcome of the mediation conference was:

_____ **The case has been completely resolved**. Pursuant to Rule 3.08(b), Local Rules, M.D.Fla., this Mediator's Report shall serve as notice of settlement; and the parties' stipulation and/or settlement agreement may be filed within 30 to 60 days hereafter, as will be specified by Court Order.

_____ **The case has been resolved partially**. Lead Counsel has been instructed to file herein, within ten (10) days, the parties' joint stipulation regarding those claims have been resolved. The following issues/parties remain for resolution by the Court:

__X__ **The parties have reached an impasse**.

_____ **Other** (explain): _____

IT IS SO REPORTED, this 12th day of January, 2010, in Jacksonville, Florida.

_____
Terrance E. Schmidt, Esq., Mediator
Florida Bar No. 165042
1301 Riverplace Blvd., #1818
Jacksonville, Florida 32207
Tel: (904) 398-1818
Fax: (904) 398-7073

Distribution: Original to Clerk of Court
cc:           Counsel of record